UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AUDRY DALY | CIVIL ACTION |
| VERSUS | NUMBER: 00-251 |
| CHARLES R. FULBRUGE, III, CLERK, ET AL. | SECTION: "B"(5) |

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the plaintiff's complaint is **DISMISSED** as frivolous under 28 U.S.C. §1915(e)(2)(B)(i).

DATE OF ENTRY
MAR 2 2 2000

New Orleans, Louisiana, this 22nd day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE