

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AUDRY DALY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0251** |
| **CHARLES R. FULBRUGE, III, CLERK, ET AL.** | **SECTION "B" (5)** |

### JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein, accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants: Charles R. Fulbruge, III, Clerk; LaTonya Grant, Deputy Clerk; other unknown Deputy Clerks; Ruth Elkins, Secretary; and Nanette Florea, Secretary; and against plaintiff, Audry Daly, dismissing plaintiff's complaint.

New Orleans, Louisiana, this the ____ day of March, 2000.

DATE OF ENTRY

MAR 2 2 2000

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc.No.